**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :        Crim. No. 3:12CR17(AWT)
                               :
JOHN MILLER, DAVID CARI,       :
DENNIS SPAULDING,              :
AND JASON ZULLO                :
-------------------------------x
```

PROTECTIVE ORDER

The government has represented to the court that discovery in the above-captioned action will include recorded conversations and a variety of other materials that are relevant to an ongoing investigation related in part to uncharged individuals and also relevant to civil suits that have been filed.  Moreover, the government will also be providing access to the documents obtained by the Civil Rights Division as part of its civil investigation which is on-going.

IT IS ORDERED THAT, except as permitted by Federal Rule of Criminal Procedure 6(e), this order, or other court order, defense counsel shall not disclose any recordings, taped statements, transcripts, law enforcement memoranda of interview or other documents (hereinafter "Disclosed Materials"), or the contents thereof, except that, for the sole purpose of preparing for trial:

   a.   defense counsel may show the Disclosed Materials to the

1

        defendant;

b.   defense counsel may show any prospective witness his or her own taped statement, transcript or document but may not show these materials to any other witness (except as provided in paragraphs (a) and (d);

c.   defense counsel may provide any prospective witness with a copy of his or her own testimony, statements, or recordings;

d.   defense counsel may permit secretaries, clerical workers, paralegals, investigators hired by defense counsel, and experts retained to assist in the preparation of this case for trial to view the Disclosed Materials solely for the purpose of assisting counsel to prepare for the trial of this case.

IT IS FURTHER ORDERED THAT defense counsel shall take appropriate measures to ensure that each person to whom the defense discloses material covered by this order, including counsel's representatives and employees, is provided with a copy of this protective order and understands the limited purpose for which the material is being disclosed and the prohibition against further dissemination;

IT IS FURTHER ORDERED THAT any notes or recorded notations of any kind that defense counsel, their secretaries, clerical workers, paralegals, investigators, or experts may make relating

to the contents of the Disclosed Materials shall not be shown to anyone except their own client, and then only for the sole purpose of the defense of the indictment in this case, and all members of the defense team shall maintain the confidentiality of these materials pursuant to the terms of this order after this case is disposed of by trial, appeal, if any, or other resolution of the charges against the defendant;

IT IS FURTHER ORDERED THAT all Disclosed Materials disclosed pursuant to this order and all copies thereof shall either be promptly destroyed or returned to the government after this case is disposed of by final, non-appealable judgment or other resolution of the charges against the defendant;

IT IS FURTHER ORDERED THAT, in the event the terms of this order are violated, defense counsel shall advise opposing counsel immediately of the nature and circumstances of such violation;

IT IS FURTHER ORDERED THAT nothing contained in this order shall restrict or prevent any party from using any materials at trial to the extent otherwise permitted by law or restrict or prevent any party from citing any materials in court papers filed in this case, provided such filings are made under seal where appropriate;

IT IS FURTHER ORDERED THAT nothing in this order shall preclude the government or the defendant from seeking a further protective order pursuant to Rule 16(d) as to particular items of

discovery material; and

FINALLY, IT IS ORDERED THAT this order is entered without prejudice to any party's right to seek a revision of the order by appropriate motion to the court.

It is so ordered.

Dated this 3rd day of February 2012, at Hartford, Connecticut.

<pre>
                                    /s/
                           Alvin W. Thompson
                       United States District Judge
</pre>