UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    Crim. No. 3:12CR17(AWT)
                              :
DAVID CARI                    :
                              :
------------------------------X

**ORDER RE DEFENDANT'S MOTION IN LIMINE #1
TO PRECLUDE USE OF THE WORDS "HISPANIC" AND "LATINO"**

For the reasons set forth below, Defendant David Cari's Motion In Limine #1 to Preclude Use of the Words "Hispanic" and "Latino" (Doc. No. 222) is hereby DENIED.

Defendant Cari requests a motion precluding "government counsel from eliciting opinion testimony from its witnesses that members of the public appeared to be or were in fact 'Hispanic' or 'Latino.'" Def. Mot. (Doc. No. 222) at 2. The defendant has not met his burden of establishing that the government will not be able to lay a foundation for admissibility with respect to such evidence pursuant to Rules 602 and 701 of the Federal Rules of Evidence. Because the Federal Rules of Evidence do not bind government counsel before the grand jury it is not possible to conclude from the excerpts from grand jury testimony cited by the defendant whether a witness was engaging in unfounded speculation or was giving testimony for which government counsel

will be able to lay a foundation for admissibility under Rules 602 and 701.

The court notes that it is likely that there can be a rational basis for concluding that someone is Hispanic, considering Cari's statement in the case incident report dated March 3, 2009 that he saw Manship approach "a hispanic male employee."

It is so ordered.

Dated at Hartford, Connecticut on this 10th day of September, 2013.

                                          _____/s/_____
                                               Alvin W. Thompson
                                      United States District Judge