# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No. 3:12cr017 (AWT) |
| | : | |
| **DENNIS SPAULDING and** | : | |
| **DAVID CARI** | : | |

## MOTION OF THE UNITED STATES TO CALL A WITNESS AND OFFER ADMISSIBLE RELEVANT EVIDENCE

The Government moves to offer relevant admissible evidence from Sister Mary Ellen Burns. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

DEIRDRE DALY
ACTING UNITED STATES ATTORNEY

/S/
RICHARD J. SCHECHTER
SENIOR LITIGATION COUNSEL
FEDERAL BAR #ct24238
UNITED STATES ATTORNEY'S OFFICE
1000 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000 (phone)
(203) 579-5550 (fax)

/S/
KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR #ct24433
UNITED STATES ATTORNEY'S OFFICE
1000 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000 (phone)
(203) 579-5550 (fax)

## CERTIFICATE OF SERVICE

   I hereby certify that on September 13, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF.

             ___/s/_____
              Richard J. Schechter
              Senior Litigation Counsel