```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :        Crim. No. 3:12CR17(AWT)
                              :
DAVID CARI and                :
DENNIS SPAULDING              :
                              :
------------------------------X
```

### ORDER RE MOTION OF THE UNITED STATES TO CALL
### A WITNESS AND OFFER ADMISSIBLE RELEVANT EVIDENCE

The Motion of the United States to Call a Witness and Offer Admissible Relevant Evidence (Doc. No. 382) is hereby GRANTED.

The court has reviewed the government's memorandum in support of its motion and concluded that the government presents meritorious arguments. In any event, defendant Cari has withdrawn his objection to calling the proffered witness, without waiving his right to raise objections to the witness's testimony.

The court notes that the manner in which the issue raised in the instant motion was presented to the court is inconsistent with the steps the court approved with respect to exchange of witness and exhibit lists. Once a party has disclosed a witness or an exhibit, it is incumbent upon any other party who has an objection to that witness or exhibit to give notice of that objection, that is timely under the circumstances, to opposing counsel (so there can be an effort to resolve any disagreement) and to the court (so the court can issue a decision with respect to any contested issues). It is not the proponent's obligation to move for permission to present a witness or proffer an

exhibit. The proponent has covered this ground by listing the witness or the exhibit on the appropriate list.

The court has concluded that to minimize the possibility of misunderstandings among counsel and ensure that the trial proceeds efficiently, counsel should submit a proposal for a trial procedures order by noon on September 20, 2013.

It is the court's understanding that the deadline for exchange of witness lists and lists of exhibits has passed, and there is a continuing obligation to update opposing counsel. The court is expecting to be advised of objections to the government's exhibits no later than noon on September 20 and would like to set a deadline for objections to defense exhibits.

It is so ordered.

Dated at Hartford, Connecticut on this 19th day of September, 2013.

                            _____/s/_____
                                  Alvin W. Thompson
                            United States District Judge