AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

United States
V.
David Cari, Dennis Spaulding

## EXHIBIT AND WITNESS LIST

Case Number: 3:12CR 17 AWT

| PRESIDING JUDGE Thompson | PLAINTIFF'S ATTORNEY Patel, Schechter | DEFENDANT'S ATTORNEY Hernandez, Russell, Riccio |
|---|---|---|
| TRIAL DATE (S) 9/23 - 10/21/13 | COURT REPORTER Huntington, Thompson | COURTROOM DEPUTY Smith, Alexander, Wood, Blue |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/13 | | | Sr. Mary Ellen Burns, New Haven, CT |
| 2 | | 9/23/13 | | | Timothy Murray, East Haven, CT |
| 2 | | 9/24/13 | | | Timothy Murray resumes the stand |
| 3 | | 9/24/13 | | | Westfalia Rocha, East Haven, CT |
| 4 | | 9/24/13 | | | Capt. Joseph Slane, East Haven, CT |
| 5 | | 9/25/13 | | | Moises Marin, East Haven, CT |
| 5 | | 9/26/13 | | | Moises Marin resumes the stand |
| 6 | | 9/26/13 | | | Reina Leon, West Haven, CT |
| 6 | | 9/27/13 | | | Reina Leon resumes the stand |
| 7 | | 9/27/13 | | | John Espinoza, New Haven, CT |
| 7 | | 9/30/13 | | | John Espinoza resumes the stand |
| 8 | | 9/30/13 | | | Segundo Aguayza, New Haven, CT |
| 9 | | 9/30/13 | | | Jose Luis Alvarracin, Branford, CT |
| 9 | | 10/1/13 | | | Jose Luis Alvarracin resumes the stand |
| 10 | | 10/1/13 | | | Sgt. Anthony Rybarak, East Haven, CT |
| 11 | | 10/2/13 | | | Capt. Henry Butler, East Haven, CT |
| 12 | | 10/2/13 | | | Elio Cruz, New Haven, CT |
| 12 | | 10/3/13 | | | Elio Cruz resumes the stand |
| 13 | | 10/3/13 | | | Mario Marin, East Haven, CT |
| 13 | | 10/4/13 | | | Mario Marin resumes the stand |
| 14 | | 10/4/13 | | | Marcia Chacon, Branford, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | David Cari, Dennis Spaulding | CASE NO. 3:12CR17 AWT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 10/7/13 | | | Marcia Chacon resumes the stand |
| 14 | | 10/8/13 | | | Marcia Chacon resumes the stand |
| 15 | | 10/9/13 | | | Fr. James Manship, New Haven, CT |
| 15 | | 10/10/13 | | | Fr. James Manship resumes the stand |
| 15 | | 10/11/13 | | | Fr. James Manship resumes the stand |