# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR017 (AWT) |
| v. | : | |
| DENNIS SPAULDING & DAVID CARI | : | September 23, 2013 |

## EXHIBIT LIST

The following is a list of exhibits that the government may introduce at the trial. The government reserves the right to supplement this list or introduce additional exhibits as the testimony or evidence warrants during the course of trial.

| Ex. # | Description |
|---|---|
| **100 – 200 Series** ||
| 101 | East Haven Police Department Oath |
| 125 | East Haven Police Department Photograph of Male Cell Block 1 |
| 126 | East Haven Police Department Photograph of Male Cell Block 2 |
| 127 | East Haven Police Department Photograph of Male Cell Block 3 |
| 128 | East Haven Police Department Photograph of Male Cell Block 4 |
| 128A ID Only | Letter from Lt. Joseph Slane dated August 18, 2011 regarding recording system |
| 129 | East Haven Police Department Photograph of Printing Station |
| 130 | East Haven Police Department Photograph of Printing Station hallway to Male Cell Block |
| 131 | East Haven Police Department Photograph of Photo Station |
| 132 | East Haven Police Department Photograph of Sally port |
| 173 | Fernando Chacon's complaint ticket dated February 19, 2009 |
| 179 – 190 | Car to car chats |
| 191 | Car to Car Chats Chart |
| 223 – 233 | Photographs of S.A.'s residence |
| 234-(V)A | Clips of Univision report – Los Amigos Grocery |
| 234-(V)B | Clips of Univision report – Los Amigos Grocery |

| | | |
|---|---|---|
| | **500 Series** | |
| 500 - 525 | Moises Marin's Yale-New Haven Hospital Records | |
| 542 ID Only | Business Certification Page – Yale New Haven Hospital | |
| 555 | Moises Marin's blood stained gray sweater (DKNY) | |
| 558 | Moises Marin's blood stained and torn blue jeans (Tommy Hilfiger) | |
| 559 – 569 | Photographs of Moises Marin's injuries | |
| 570 – 580 | Photographs of Moises Marin's injuries | |
| | **600 Series** | |
| 600 – 608 | Moises Marin's Arrest Profile | |
| 609 | Moises Marin's Camera | |
| | **700 Series** | |
| 700-(PR) | Dennis Spaulding's Police Report dated November 21, 2008 (Marin) | |
| 700(A-F) | Draft of Dennis Spaulding's Police Report dated November 21, 2008 (Marin) | |
| 701 – 708 | Photographs of La Bambas | |
| 712 – 713 | Photographs of La Bambas | |
| 716 – 720 | Photographs of La Bambas | |
| 723 | Photographs of La Bambas | |
| 725 | Photographs of La Bambas | |
| | **900 Series** | |
| 900 – 906 | Jose Alvarracin's Arrest Profile | |
| 907 | Jose Alvarracin's Arrest Profile | |
| 908 | Jose Alvarracin's Arrest Profile | |
| 909 – 917 | John Espinoza's Arrest Profile | |
| 918 – 924 | Welinton Salinas-Ordonez's Arrest Profile | |
| 925 – 931 | Guido Criollo's Arrest Profile | |
| 932 – 934 | Photographs of Jose Alvarracin's injuries | |
| 935 | Photographs of Jose Alvarracin's injuries | |
| 936 – 937 | Photographs of Jose Alvarracin's injuries | |
| 941 – 942 | Overtime Records dated January 21, 2009 | |
| 943 ID only | Business Certification Page – Overtime Records dated January 21, 2009 | |
| 944 | Certified copy of John Espinoza's state record (Nolle) | |
| 945 Demonstrative | Drawing of Arrest (January 21, 2009) – RS | |
| | **1000 Series** | |
| 1000-(PR) | Dennis Spaulding's Police Report dated January 21, 2009 | |
| | **1100 Series** | |
| 1100-(PR) | Dennis Spaulding's Police Report dated February 13, 2009 | |
| 1100(A-H) | Drafts of Dennis Spaulding's Police Report dated February 13, 2009 | |

| | |
|---|---|
| 1101-(V) | Father James Manship's Video of Dennis Spaulding's Police Report dated February 13, 2009 |
| 1101-(V)A | Father James Manship's Video of Dennis Spaulding's Police Report dated February 13, 2009 with words |
| 1102-(TR) ID Only | Transcript of Father James Manship's Video of Dennis Spaulding's encounter on February 13, 2009 |
| 1103 – 1113 | Father James Manship's Arrest Profile |
| 1114-(Dispatch) | Dispatch recordings dated February 19, 2009 |
| 1115-(Dispatch) | Transcripts of Dispatch recordings dated February 19, 2009 |
| 1121 | Father James Manship's camera and SD Card |
| 1121C | Evidence Bag containing Father James Manship's camera and SD Card |
| 1122 | Father James Manship's charger |
| 1122A | Father James Manship's USB cord and wall plug for charger |
| 1123 – 1128 | Photographs of My Country Store |
| 1139 – 1149 | State Transcript dated March 4, 2009 (Father James Manship) |
| 1150 – 1153 | State Transcript dated March 26, 2009 (Father James Manship) |
| 1156 – 1157 | Motion to Preserve Evidence dated March 4, 2009 |
| **1200 Series** | |
| 1200-(PR) | David Cari's Police Report dated February 19, 2009 |
| 1201 | Summary Chart of Drafts of Police Report dated February 19, 2009 |
| 1201(A-AA) | Drafts of Police Report dated February 19, 2009 |
| 1202-(V) | Father James Manship's video recording of incident dated February 19, 2009 |
| 1202-(V)A | Father James Manship's video recording of incident dated February 19, 2009 with words |
| 1203-(V) | My Country Store's Surveillance Videos |
| 1204-(PR) | Dennis Spaulding's Police Report dated February 19, 2009 (License Plates) |
| 1205-(PR) | George Kammerer's Police Report dated March 6, 2009 |
| 1213 – 1215 | Stills of My Country Store Surveillance video dated February 19, 2009 |
| **1300 Series** | |
| 1377 | David Cari's Attendance Records from East Haven Police Department (2007 – 2012) |
| 1385 ID Only | Business certification – David Cari's Attendance Records from East Haven Police Department (2007 – 2012) |
| **2000 Series** | |
| 2000 ID Only | Report 4/30/2009 GJ EX 24 |
| 2374-(V) | Portion of Valarie Kaur's Audio/Video dated February 4, 2010 (without the words) |
| 2374-(V)A ID Only | Portion of Valarie Kaur's Audio/Video dated February 4, 2010 (with the words) |
| 2375-(TR) ID Only | Portion of Transcript betweeen Dennis Spaulding and Father Manship's encounter on February 4, 2010 |