# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

**United States**    V.    **David Cari, Dennis Spaulding**

## EXHIBIT AND WITNESS LIST

Case Number: 3:12CR17 AWT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Patel, Schecter | Hernandez, Russell, Riccio |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/23 - 10/21/13 | Huntington, Thompson | Smith, Alexander, Wood, Blue |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | 9/27/13 | | Note from Juror #9 |
| 2 | | | 9/28/13 | | Stipulation |
| 3 | | 10/15/13 | | | Superseeding Indictment |
| JD1 | JD1 | | | | Joint Exhibits - 53a-167a |
| JD2 | | | | | Joint Exhibits - 53a-182 |
| JD3 | | | | | Joint Exhibits - 53a-181 |
| JD4 | | | | | Joint Exhibits 53a-181d |
| JD5 | | | | | Joint Exhibits 53a-23 |
| JD6 | | | | | Joint Exhibits 54-33d |
| 4 | | | | | Jury charge |
| 5 | | | | | Verdict Form - David Cari |
| 5A | | | | | Verdict form - Dennis Spaulding |
| 6 | | | | | Note from Jury |
| 7 | | | | | Note from Jury |
| 8 | | | | | Note from Jury |
| 9 | | | | | Note from Jury |
| 10 | | | 10/21/13 | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages