UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 OCT 21 P 4 11
US DISTRICT COURT
HARTFORD CT

------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   No. 3:12-cr-00017 (AWT)
                                    :
DENNIS SPAULDING                    :
------------------------------------X

**VERDICT FORM**

**Part I.**

As to the charges set forth in the Superseding Indictment against defendant Dennis Spaulding, we the Jury unanimously find:

**A.** On Count One, conspiracy to violate constitutional rights:

_____ Not Guilty          ✓ Guilty

**B.** On Count Five, deprivation of a constitutionally protected right:

_____ Not Guilty          ✓ Guilty

**C.** On Count Six, deprivation of a constitutionally protected right:

_____ Not Guilty          ✓ Guilty

1



Court
EXHIBIT
5A
12cr117
10·17·13

**D.** On Count Seven, obstruction of justice:

    _____ Not Guilty      ✓ Guilty

**E.** On Count Nine, deprivation of a constitutionally protected right:

    _____ Not Guilty      ✓ Guilty

**F.** On Count Ten, obstruction of justice:

    _____ Not Guilty      ✓ Guilty

**PROCEED TO PART II.**

**Part II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, on this 21st day of October, 2013 at 2:30 a.m./p.m.

    _____
    Foreperson