FILED

2013 OCT 21 P 4 11

US DISTRICT COURT
HARTFORD CT

------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
v.                                 :    No. 3:12-cr-00017 (AWT)
                                   :
DENNIS SPAULDING                   :
------------------------------------X

## VERDICT FORM

**Part I.**

As to the charges set forth in the Superseding Indictment against defendant Dennis Spaulding, we the Jury unanimously find:

**A.** On Count One, conspiracy to violate constitutional rights:

_____ Not Guilty      ✓ Guilty

**B.** On Count Five, deprivation of a constitutionally protected right:

_____ Not Guilty      ✓ Guilty

**C.** On Count Six, deprivation of a constitutionally protected right:

_____ Not Guilty      ✓ Guilty


Court Exhibit 5A
12cr117
10-17-13

**D.** On Count Seven, obstruction of justice:

_____ Not Guilty     ✓ Guilty

**E.** On Count Nine, deprivation of a constitutionally protected right:

_____ Not Guilty     ✓ Guilty

**F.** On Count Ten, obstruction of justice:

_____ Not Guilty     ✓ Guilty

**PROCEED TO PART II.**

**Part II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, on this 21st day of October, 2013 at 2:30 a.m./~~p.m.~~

_____
Foreperson