UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:12CR17 (AWT) |
| v. : | |
| : | OCTOBER 17, 2013 |
| **DENNIS SPAULDING** : | |

## DEFENDANT'S EXHIBIT LIST

The following is a list of exhibits that Defendant DENNIS SPAULDING introduced at trial:

M. New Haven Police Department – Motor Vehicle Advisory – Tennessee Registrations

N. New Haven Police Department – Motor Vehicle Advisory – Out of State Registrations (Pennsylvania)

AA. Car-to-car chat 05/01/08 (4 pp)

BB. Car-to-car chat 02/13/09 (2 pp)

CC. HIPAA Authorization – Moises Marla

EE. Photo – Overhead map of Segundo Aguayza's residence

FF. Photo – La Bamba

GG. I-918, Petition For U Non-Immigrant Status – Marcia Chacon

KK. Map of East Haven

LL. Map of East Haven

MM. Map of East Haven

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Dennis Spaulding | CASE NO. 3:12CR17  AWT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| AA | | 9/23/13 | ✓ | 9/23/13 | New Haven Dept of Police Service Motor Vehicle advisory – Tenn |
| BB | | 9/23/13 | ✓ | 9/23/13 | Motor Vehicle advisory out of state registration |
| CC | | 9/26/13 | ✓ | 9/26/13 | |
| | | | | | |
| EE | | 9/30/13 | ✓ | 9/30/13 | |
| FF | | 10/4/13 | ✓ | 10/4/13 | |
| GG | | 10/8/13 | ✓ | 10/8/13 | |
| KK | | 10/11/13 | ✓ | 10/11/13 | Map |
| MM | | 10/11/13 | ✓ | 10/11/13 | Map |
| LL | | 10/11/13 | ✓ | 10/11/13 | Map |
| | | | | | |
| M | | 10/1/13 | ✓ | 10/1/13 | Advisory |
| N | | 10/1 | ✓ | 10/1/13 | Advisory |

Page  2  of  2  Pages