Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

_____ District of Connecticut

Caption:

USA
_____ v.

Spaulding                                    Docket No.: 3:12CR17 (AWT)

                                             Thompson, U.S.D.J.
                                             (District Court Judge)

Notice is hereby given that _____ Dennis Spaulding _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment | ✓ |, other | ✓ | _____ Verdict and Sentence _____

entered in this action on _____ 01/24/2014 _____.
                              (date)                              (specify)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence | ✓ | Other |___|

Defendant found guilty by plea | | trial | ✓ | N/A | .

Offense occurred after November 1, 1987? Yes | ✓ | No | N/A |

Date of sentence: _____ 01/23/2014 _____ N/A |___|

Bail/Jail Disposition: Committed | ✓ | Not committed | | N/A |

Appellant is represented by counsel? Yes | ✓ | No | | If yes, provide the following information:

Defendant's Counsel:     Frank J. Riccio II, Esq.  (Trial Counsel / CJA Counsel)

Counsel's Address:       923 East Main Street

                         Bridgeport, CT 06608

Counsel's Phone:         (203) 333-6135

Assistant U.S. Attorney: Krishna Patel & Richard Schechter, Assistant US Attorneys

AUSA's Address:          1000 Lafayette Boulevard, 10th Floor

                         Bridgeport, CT 06604

AUSA's Phone:            (203) 696-3000

                                             _____
                                             Signature