**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :      Crim. No. 3:12CR17(AWT)
                              :
DENNIS SPAULDING              :
                              :
------------------------------X
```

**<u>AMENDMENT TO JUDGMENT</u>**

The court has become aware that the Bureau of Prisons has currently designated Dennis Spaulding to FCI Sandstone in Minnesota and is concerned that the reasons for its original recommendation as to a designation may not have been sufficiently specific.

Accordingly, the Judgment in a Criminal Case (Doc. No. 546), dated January 24, 2014, is hereby amended as follows:

**AMENDED JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS**

The court strongly urges the Bureau of Prisons to designate the defendant to the Camp at FCI Otisville and if not, to a facility as close as possible to East Haven, Connecticut for the following reasons:

(a)  To facilitate visits by his immediate family, which include a spouse who works in a critical position at a hospital such that making it easier for her to coordinate visits to the defendant will serve the public interest, and two young children, one of whom is an infant;

(b)  To facilitate visits from other family members, all of whom are residents of the State of Connecticut; and

-1-

      (c)    Because the distance between East Haven, Connecticut and FCI Otisville (105 miles) is far shorter than the distance between East Haven, Connecticut and FCI Sandstone (1400 miles).

It is so ordered.

Dated this 20th day of February, 2014, at Hartford, Connecticut.


                                              /s/
                                Alvin W. Thompson
                         United States District Judge