```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

-------------------------------x
                               :
UNITED STATES OF AMERICA,      :
         Plaintiff,            :
                               :
v.                             :    Civil No. 3:12CR00017(AWT)
                               :
DENNIS SPAULDING,              :
         Defendant.            :
                               :
-------------------------------x
```

### ORDER RE MOTION REQUESTING MODIFICATION OF CONDITIONS OF HOME CONFINEMENT

The defendant's "Motion Requesting Modification of Conditions of Home Confinement" (Doc. No. 643) is hereby DENIED.

Unfortunately, the court does not have jurisdiction over Mr. Spaulding until after he completes the six-month period of home confinement referred to in his motion. While the court believes that Mr. Spaulding's request for modification of his conditions of home confinement is quite reasonable, he is under the jurisdiction of the Bureau of Prisons until he begins his one-year period of supervised release. Based on the court's knowledge of Mr. Spaulding, the court supports Mr. Spaulding's request but the ultimate decision on his request is that of the Bureau of Prisons until such time as he is under this court's jurisdiction.

It is so ordered.

Dated this 20th day of October 2017, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge